## WONG SUEY CHANG v. UNITED STATES of America.

### No. 6095.

Circuit Court of Appeals, Ninth Circuit.

March 10, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Dismissed upon motion of appellee for failure to file record and docket cause.

## Ben WOSKOW, Appellant, v. UNITED STATES of America.

### No. 8801.

Circuit Court of Appeals, Eighth Circuit.

Jan. 13, 1930.

Fred W. Lewis, of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, per stipulation of parties.